

**Matthew D. Treco**
Attorney at Law
(404) 390-2397
mtreco@martensonlaw.com

February 8, 2024

**VIA PACER CM/ECF**
The Hon. Michael E. Gans
Clerk of Court
U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

    *Re:*    Oral Argument Availability, *Famuyide v. Chipotle Services, LLC, et al.*, No. 23-3201

Mr. Gans:

I write to inform you that counsel for Defendants-Appellants Chipotle Services, LLC and Chipotle Mexican Grill, Inc. are not available for oral argument on the dates below:

- March 11 – 15;
- April 9; and.
- April 11.

Trial dates, previously scheduled mediations and depositions, and a previously scheduled medical appointment give rise to these conflicts.

Sincerely,

*/s/ Matthew D. Treco*

Matthew D. Treco